IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL BRANCH,

    Petitioner,

v.                                                            4:12cv248-WS/CAS

MICHAEL D. CREWS, as Secretary
of Florida Department of Corrections,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed September 19, 2013. See Doc. 27. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed without prejudice for failure to exhaust administrative remedies. The petitioner has filed no objections to the report and recommendation.

    This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 27) is hereby ADOPTED and incorporated by reference into this order.

    2. The respondent's motion to dismiss (doc. 24) is GRANTED.

    3. The petitioner's amended petition for writ of habeas corpus (doc. 11) is

DISMISSED without prejudice for failure to exhaust administrative remedies.

4. The clerk shall enter judgment stating: "All claims against the respondent are dismissed without prejudice."

5. A certificate of appealability shall not issue.

DONE AND ORDERED this   23rd   day of    October   , 2013.

                                               s/ William Stafford
                                               WILLIAM STAFFORD
                                               SENIOR UNITED STATES DISTRICT JUDGE